UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**NATIONWIDE JUDGMENT
RECOVERY INC.,**

    **Plaintiff,**

v.                                                 **Case No: 5:23-mc-5-GAP-PRL**

**KIM A. HEATHMAN,**

    **Defendant.**

## ORDER

This matter is before the Court on the motions of Nationwide Judgment Recovery, Inc., as assignee of Plaintiff Matthew Orso, in his capacity as court-appointed receiver for Rex Venture Group, LLC, d/b/a Zeekrewards.com ("Plaintiff") for issuance of writs of garnishment as to Bank of America, N.A. (Doc. 2), JPMorgan Chase Bank, N.A. (Doc. 3), Citizens First Bank (Doc. 4), Truist Bank (Doc. 5), and Wells Fargo Bank (Doc. 6) ("Garnishees."). On August 14, 2017, Plaintiff obtained a judgment in the United States District Court for the Western District of North Carolina against each member of a Defendant class, including Defendant Kim A. Heathman in the amount of $63,855.18. (Doc. 1).

On June 22, 2023, Plaintiff registered the judgment with this Court. (Doc. 1). There remains due and owing $63,855.18, plus post-judgment interest. Now, Plaintiff moves for the writs of garnishment and suggests that each Garnishee may have in its possession and control certain monies or property belonging to Defendant Kim A. Heathman sufficient to satisfy the judgment in whole or in part. Pursuant to Fed. R. Civ. P. 69, the Court must follow state law

regarding garnishment procedures. *See* Fed. R. Civ. P. 69. Chapter 77 of the Florida Statutes prescribes the procedure for issuance and enforcement of writs of garnishment.

Accordingly, upon due consideration, Plaintiffs' motions for issuance of writ of garnishment (Docs. 2, 3, 4, 5 & 6) are **GRANTED**, and the Clerk is directed to issue the Writs of Garnishment (including the Notice and Claim of Exemption) attached to each motion. (Docs. 2-1, 3-1, 4-1, 5-1, 6-1). Plaintiff must fully comply with all notice requirements of §77.041, Florida Statutes.

**DONE** and **ORDERED** in Ocala, Florida on June 29, 2023.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties